CAROLINA CABLE & CONNECTOR v. R&E ELECTRONICS

[346 N.C. 174 (1997)]

CAROLINA CABLE & CONNECTOR v. R&E ELECTRONICS, INC., a NORTH CAROLINA CORPORATION AND TELECOMMUNICATIONS AND ENVIRONMENTAL SUPPORT CORPORATION

No. 406A96

(Filed 9 May 1997)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 123 N.C. App. 519, 473 S.E.2d 376 (1996), reversing a judgment entered by Renfer, J., on 20 December 1994 in District Court, Wake County. Heard in the Supreme Court 17 April 1997.

*Burns, Day & Presnell, P.A., by Susan F. Vick, for plaintiff-appellant.*

*Farris & Farris, P.A., by Thomas J. Farris, and Laura C. Brennan for defendant-appellee.*

PER CURIAM.

AFFIRMED.